IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**REGINALD A. GREEN,**
        **Plaintiff,**

vs.                             Case No.:  5:06cv222/MCR/MD

**FRANK MCHUGH, et al.,**
        **Defendants.**
_____/

**O R D E R**

      Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 26, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    The defendants' motions for summary judgment (doc. 47, 73) are GRANTED.

      3.    The plaintiff's motions to deny summary judgment (docs. 57, 75) are DENIED.

      4.    This cause is DISMISSED WITHOUT PREJUDICE.

      5.    The clerk is directed to close the file.

      DONE AND ORDERED this 14th day of July, 2008.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**